**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID JERRIAL HENDERSON, | ) NO. CV 10-6971-SJO (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| TERRI GONZALEZ, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing.

The Court notes that Petitioner's Objections contain attached exhibits. With one exception (Exhibit F, a military discharge form dated May 26, 2011), the exhibits to the Objections were a part of the record in this case prior to the issuance of the Report. With respect

to Exhibit F, a district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation. *See* <u>Brown v. Roe</u>, 279 F.3d 742, 744-45 (9th Cir. 2002); <u>United States v. Howell</u>, 231 F.3d 615, 621-22 (9th Cir. 2000). The Court exercises its discretion to consider Exhibit F appended to Petitioner's Objections. Having done so, the Court concludes that this new evidence does not affect the correctness of the Report's conclusions.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted and the Petition is dismissed as untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 6, 2011.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE