**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID JERRIAL HENDERSON, | ) NO. CV 10-6971-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| TERRI GONZALEZ, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 6, 2011.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE